IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.                             ) | C.A. No. 17-1543-CFC |
| ) | |
| COHESITY INC., ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF WITHDRAWAL OF CERTAIN PRO HAC VICE COUNSEL**

PLEASE TAKE NOTICE that Yar R. Chaikovsky, Evan M. McLean, and Radhesh Devendran, of Paul Hastings LLP, 1117 S. California Avenue, Palo Alto, CA 94304, hereby withdraw their appearances on behalf of defendant Cohesity, Inc.  Cohesity, Inc. continues to be represented by the law firms of Jones Day and Shaw Keller LLP.

|  |  |
|---|---|
|  | */s/ John W. Shaw* |
|  | John W. Shaw (No. 3362) |
|  | David M. Fry (No. 5486) |
|  | Daryll Hawthorne-Searight (No. 6520) |
|  | SHAW KELLER LLP |
|  | I.M. Pei Building |
|  | 1105 North Market Street, 12th Floor |
|  | Wilmington, DE 19801 |
| OF COUNSEL: | (302) 298-0700 |
| Michael C. Hendershot | jshaw@shawkeller.com |
| JONES DAY | dfry@shawkeller.com |
| 1755 Embarcadero Road | dhawthorne@shawkeller.com |
| Palo Alto, CA 94303 | *Attorneys for Defendant* |
| (650) 739-3940 | |

Dated: August 29, 2018